# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID NIEVES,<br><br>           Plaintiff,<br>    vs.<br>TERESA A. BANKS, et al.,<br>           Defendant. | Case No. ED CV 10-815 DOC (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has not filed any written Objections to the Report. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment be entered dismissing this action without prejudice.

DATE: June 15, 2011

                                            HON. DAVID O. CARTER
                                            UNITED STATES DISTRICT JUDGE