UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID NIEVES, | ) Case No. ED CV 10-815 DOC (MRW) |
| Plaintiff, | ) |
| vs. | ) JUDGMENT |
| TERESA A. BANKS et al., | ) |
| Defendant. | ) |

Pursuant to the Order Adopting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATE: June 15, 2011

_____
HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE